**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 7** |
| **DEEPROOT CAPITAL** | § | |
| **MANAGEMENT, LLC, ET AL.,**[1] | § | **Case No. 21-51523-MMP** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Debtors deeproot Capital Management, LLC, *et al.* (the "Debtors"), as debtors in jointly administered above-captioned chapter 7 cases, with the assistance of their attorneys, are filing Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the Bankruptcy Court for the Western District of Texas, San Antonio Division (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, potential adjustment, and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of the Debtors.

The information contained in the Schedules and Statements was prepared based on the best information available and to the Debtors' knowledge and belief. The Debtors and their agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Policy Services, Inc. (2864), Wizard Mode Media, LLC (3205), deeproot Pinball LLC (0320), deeproot Growth Runs Deep Fund, LLC (8046), deeproot 575 Fund, LLC (9404), deeproot 3 Year Bonus Income Debenture Fund, LLC (7731), deeproot BonusGrowth 5 Year Debenture Fund, LLC (9661), deeproot Tech LLC (9043), deeproot Funds LLC (9404), deeproot Studios LLC (6283), and deeproot Capital Management, LLC (2638).

commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents and attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents and attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents and attorneys are advised of the possibility of such damages.

Manager Robert J. Mueller has signed each of the Schedules and Statements. Mr. Mueller is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Mueller has relied upon unaudited, unreconciled financials and has had limited access to data and documents. Mr. Mueller has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## **Global Notes and Overview of Methodology**

**1. Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to (i) amend or supplement the Statement and Schedules from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") descriptions or designations; (ii) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; (iii) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Statement and Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by any of the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors against which the Claim is listed. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

**2. Description of the Case and "As Of" Information Date.** On December 9, 2021 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 7 of the Bankruptcy Code. On December 20, 2021, an Order Granting Motion for Joint Administration [Dkt. No. 20]

was entered directing joint administration of the Debtors' chapter 7 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

Unless otherwise indicated, the asset information provided herein represents the asset data as of the close of business on December 31, 2020. Unless otherwise indicated, the liability information represents the liability data of the Debtors as of the close of business on December 31, 2020. The asset and liability data is unaudited, but the Debtors believe such data is the most accurate data available to the Debtors as of the Petition Date.

**3. Estimated Value of Assets.** Unless otherwise indicated, the asset data contained in the Schedules and Statements reflect book value as of July 8, 2021. Book values of assets prepared in accordance with GAAP generally do not reflect the current market value of the assets and may differ materially from the actual value of the underlying assets. Some asset values stated in the Schedules and Statements are estimates based on the best available information available to the Debtors. Unless otherwise noted, the asset values stated in the Schedules and Statements are not based on professional appraisals or any specific valuation methodology.

**4. Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' financial statements and other factors. Accordingly, the Debtors reserve all their rights to re-characterize, reclassify, recategorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available. Disclosure of information in one or more Schedules, one or more Statements question, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statement, exhibits, or attachments.

**5. Liabilities.** The Debtors has sought to allocate liabilities between themselves based on information currently available to the Debtors. As additional information becomes available, the allocation of liabilities between the Debtors may change. Accordingly, the Debtors reserve all their rights to amend, supplement, or otherwise modify their Statements and Schedules as is necessary or appropriate.

**6. Excluded Assets and Liabilities.** The Debtors may have inadvertently excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, other claims against vendors who could be holding pinball machine parts that belong to the Debtors, net operating loss tax characteristics ("NOLs"), accrued salaries, employee benefit accruals, and accrued accounts payable. In addition, certain immaterial assets and liabilities may have been excluded.

**7. Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors;

and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

**8. Intellectual Property Rights.** Exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**9. Classifications**. Listing (a) a Claim on Schedule E/F as "priority," or (b) a Claim on Schedule E/F as "unsecured" does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

**10. Claims Description.** Schedule E/F permits the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by any Debtors that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all their rights to dispute, or assert offsets or defenses to, any Claim reflected on their Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

**11. Causes of Action.** Despite making commercially reasonable efforts to identify all known assets, the Debtors may not have listed all its causes of action or potential causes of action against third parties as assets in the Statements and Schedules, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

**12. Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

- Undetermined Amounts. The description of an amount as "unknown," "unknown, investigating," "cannot allocate," "cannot value," "N/A," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.
- Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total maybe different than the listed total.
- Liens. Property and equipment listed in the Schedules and Statements are presented with any liens that may attach (or have attached) to such property and equipment, to the best of the Debtors' knowledge, except that liens attaching to substantially all of the Debtors' assets are not noted as to each and every asset listed.

**13. Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**14. Intercompany Payables and Receivables.** Intercompany receivables/payables are set forth on Schedules A/B and E/F, respectively. The listing by the Debtors of any account between a Debtor and any of its Debtor or non-debtor affiliates is a statement of what appears in each respective Debtor's books and records as of December 31, 2020 and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

**15. Employee Addresses.** Employees and director addresses listed in the Schedules and Statements are the last known addresses provided to the Debtors.

**16. Debtor's Address.** For the purposes of the Schedules and Statements, the Debtors' address has been reported as the Debtor's P.O. box in San Antonio, Texas.

**17. Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities.</u>** The Schedules neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment and reflect each of the Debtor's reasonable best efforts to report its assets and liabilities. Moreover, given, among other things, questions about the characterization of certain assets and the valuation and nature of certain liabilities, the Schedules and Statements are not an admission that the Debtors were solvent or insolvent as of the Petition Date or at any time before the Petition Date.

**1. Schedule A/B, Part 5 – Inventory, excluding agriculture assets**
The Debtors have limited access to certain records regarding the pinball machine and pinball parts inventories.

**2. Schedule A/B, Part 7 – Office furniture, fixtures, and equipment; and collectibles**
Current value is based on management's best estimate as of the Petition Date. The value provided on Schedules is the estimated total value of the assets. Values given were not split between Debtors that jointly own the assets.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | deeproot Funds, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51521 |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Wells Fargo Bank, NA** | **Checking account** | **2385** | **$2,688.95** |

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | $2,688.95 |
   |---|---|

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

| Debtor | **deeproot Funds, LLC** | Case number *(if known)* | **21-51521** |
|---|---|---|---|
| | Name | | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.** **Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81. — **$0.00**

---

### Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.** **Accounts Receivable**

11a. 90 days old or less: _____ - _____ = ...... → _____
face amount          doubtful or uncollectible accounts

11b. Over 90 days old: **$0.00** - **$0.00** = ...... → **$0.00**
face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. — **$0.00**

---

### Part 4: Investments

**13.** **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                          % of ownership:

15.1  **Food Development Corporation of Texas**     **49.00 %**     | | **$213,150.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

$213,150.00

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| None | | | | |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

---

Debtor      **deeproot Funds, LLC**                                                    Case number *(if known)*        **21-51521**
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.  Crops — either planted or harvested**

None

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

None

**31.  Farm and fishing supplies, chemicals, and feed**

None

**32.  Other farming and fishing-related property not already listed in Part 6**

None

**33.  Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **Cubicle Center** | $115,000.00 | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 **Lockers/Cabinets** | $2,000.00 | | (Unknown) |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **Tools** | $56,500.00 | | (Unknown) |
| **Additional Page Total** - *See continuation page for additional entries* | | | $0.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                       $0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

**None**

| Debtor | __deeproot Funds, LLC__ | Case number *(if known)* | __21-51521__ |
|---|---|---|---|
| | Name | | |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   **None**

**49.** **Aircraft and accessories**

   **None**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   **None**

**51.** **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                              $0.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:  Real Property

**54.** **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

   **None**

**56.** **Total of Part 9**

   Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                              $0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

None

**63.** **Customer lists, mailing lists, or other compilations**

None

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.          $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**71. Notes receivable**

Description (include name of obligor)

| 71.1 | **CCW Braun Heights, LLC Promissory Note** | $3,350,000.00 | - | $3,350,000.00 | = → | $3,350,000.00 |
|---|---|---|---|---|---|---|
| | | Total face amount | | doubtful or uncollectible amount | | |

**Additional Page Total** - *See continuation page for additional entries* — $131,731.75

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73. Interests in insurance policies or annuities**

**None**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 **Possible causes of action against former employees** — (Unknown)

Nature of Claim

Amount Requested  (Unknown)

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76. Trusts, equitable or future interests in property**

**None**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78. Total of Part 11**

Add lines 71 through 77. Copy the total to line 90. — $3,481,731.75

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|--------|---------------------|--------------------------|----------|
|        | Name                |                          |          |

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,688.95 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $213,150.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $3,481,731.75 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $3,697,570.70 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................... | | $3,697,570.70 |

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

## Additional Page

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture -** *Continued* | | | |
| 39.2 **Desks, Chairs, Cabinet Sets** | $91,049.00 | | (Unknown) |
| 39.3 **Warehouse Racks** | $20,800.00 | | (Unknown) |
| 39.4 **Work Tables** | $6,725.00 | | (Unknown) |
| 39.5 **Carts** | $3,250.00 | | (Unknown) |
| 39.6 **Breakroom Tables** | $7,100.00 | | (Unknown) |
| 39.7 **Conference Room Tables** | $5,200.00 | | (Unknown) |
| 39.8 **Work Benches** | $3,440.00 | | (Unknown) |
| **41.** **Office equipment -** *Continued* | | | |
| 41.2 **3D Printers** | (Unknown) | | (Unknown) |
| 41.3 **Desktops** | $50,000.00 | | (Unknown) |
| 41.4 **Laptops** | $27,000.00 | | (Unknown) |
| 41.5 **Printers** | $2,000.00 | | (Unknown) |
| 41.6 **Monitors/Periphials** | $17,500.00 | | (Unknown) |
| 41.7 **Security System** | $126,800.00 | | (Unknown) |
| 41.8 **Network/Servers** | $290,000.00 | | (Unknown) |
| 41.9 **VoIP Phones** | $4,000.00 | | (Unknown) |
| 41.10 **Gym Equipment** | $80,000.00 | | (Unknown) |
| 41.11 **Video Projectors** | $5,500.00 | | (Unknown) |
| 41.12 **Flat Screen TVs** | $2,400.00 | | (Unknown) |
| 41.13 **Soft Water/R-O System** | $10,000.00 | | (Unknown) |
| 41.14 **P/A System** | $1,500.00 | | (Unknown) |
| 41.15 **Water Filtration/Dispensing Units** | $1,500.00 | | (Unknown) |
| 41.16 **Pinball Machines** | $78,000.00 | | (Unknown) |

**Current value of debtor's interest**

**71.** **Notes receivable -** *Continued*
Description (include name of obligor)

| | Equity Secure Holding, LLC | | | | |
|---|---|---|---|---|---|
| 71.2 **Promissory Note** | $131,731.75 | - | $131,731.75 | => ➔ | $131,731.75 |
| | Total face amount | | doubtful or uncollectible amount | | |

| Fill in this information to identify the case: |
| --- |

| Debtor name | deeproot Funds, LLC |
| --- | --- |
| United States Bankruptcy Court for the: | |
| | Western District of Texas |
| Case number (if known): | 21-51521 |

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $0.00 | |

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ | Line _____ | ____ ____ ____ ____ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | deeproot Funds, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51521 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

North American Securities Administrators Association, Inc.

750 First Street, N.E. 1140

Washington, DC 20002

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: unknown    Priority amount: unknown

**2.2** Priority creditor's name and mailing address

Texas Comptroller

111 East 17th Street

Austin, TX 78774

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: unknown    Priority amount: unknown

| Debtor | deeproot Funds, LLC | Case number (if known) | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
BambooHR LLC

335 South 560 West

Lindon, UT 84042

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

**3.2** Nonpriority creditor's name and mailing address
Bank of Utah

2605 Washington Blvd

Ogden, UT 84401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sevices

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

**3.3** Nonpriority creditor's name and mailing address
Carlile Patchen & Murphy LLP

950 Goodale Blvd 200

Columbus, OH 43212

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: $35,615.00

---

**3.4** Nonpriority creditor's name and mailing address
CCW Braun Heights LLC

22809 Citron Cir

San Antonio, TX 78260

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

---

**3.5** Nonpriority creditor's name and mailing address
Community National Bank

dba CNB Custody

PO Box 225

Seneca, KS 66538

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sevices

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: unknown

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.6

**Nonpriority creditor's name and mailing address**

deeproot Queue Fund LLC

P.O. Box 691610

San Antonio, TX 78269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** intercompany receivable

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

### 3.7

**Nonpriority creditor's name and mailing address**

DIGITALOCEAN.COM

101 Avenue of the Americas, 10th Floor

New York, NY 10013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

### 3.8

**Nonpriority creditor's name and mailing address**

Docusign

P.O. Box 735445

Dallas, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,368.56

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

### 3.9

**Nonpriority creditor's name and mailing address**

Dropbox

1800 Owens Street 200

San Francisco, CA 94158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

### 3.10

**Nonpriority creditor's name and mailing address**

Equity Secure Holdings LLC

2040 N Loop W Ste 12

Houston, TX 77018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Investment

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

| Debtor | deeproot Funds, LLC | Case number (if known) | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

### 3.11 Nonpriority creditor's name and mailing address
**Fedex**

942 S Shady Grove Rd

Memphis, TN 38120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.12 Nonpriority creditor's name and mailing address
**Folio Investments Goldman Sachs**

8180 Greensboro Dr, 8th Floor

Mc Lean, VA 22102

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.13 Nonpriority creditor's name and mailing address
**Horizon Trust Company LLC**

6301 Indian School Rd NE, Ste. 200

Albuquerque, NM 87110

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.14 Nonpriority creditor's name and mailing address
**Mailchimp**

675 Ponce De Leon Avenue NE, Suite 5000

Atlanta, GA 30308

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

### 3.15 Nonpriority creditor's name and mailing address
**Maillie, Inc.**

500 North Lewis Road

Royersford, PA 19468

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown

---

| Debtor | **deeproot Funds, LLC** | Case number *(if known)* | **21-51521** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | Additional Page |
|---|---|

**3.16** Nonpriority creditor's name and mailing address

**Microsoft Office 365**

**One Microsoft Way**

**Redmond, WA 98052**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.17** Nonpriority creditor's name and mailing address

**Ni Advisors, Inc.**

**1138 Cadillac Ct.**

**Milpitas, CA 95035**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Broker**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.18** Nonpriority creditor's name and mailing address

**Pinnacle Wealth Management, Inc.**

**Attn: Andrew Perri**

**4600 Grand River Road 220**

**Brighton, MI 48114**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Agent of Folio Goldman Sachs investors**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

**RingCentral**

**20 Davis Dr**

**Belmont, CA 94002**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Robert J. Mueller**

**P.O. Box 690562**

**San Antonio, TX 78269**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **equity of Food Development Corp. investment**

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.21** **Nonpriority creditor's name and mailing address**
Setmore

1033 SE Main St #5

Portland, OR 97214

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
Slack

500 Howard St

San Francisco, CA 94105

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
Wells Fargo

420 Montgomery Street

San Francisco, CA 94104

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
Williams Crow Mask, LLP

1100 NE Interstate 410 Loop 350

San Antonio, TX 78209

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
| --- | --- | --- | --- |
| | Name | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $188,983.56 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $188,983.56 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | deeproot Funds, LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | 21-51521     Chapter   7 |

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |
| Debtor name             deeproot Funds, LLC |
| United States Bankruptcy Court for the: |
|            Western District of Texas |
| Case number (if known):      21-51521 |

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City _____ State _____ ZIP Code | | |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City _____ State _____ ZIP Code | | |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City _____ State _____ ZIP Code | | |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City _____ State _____ ZIP Code | | |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City _____ State _____ ZIP Code | | |

| Debtor | deeproot Funds, LLC | Case number *(if known)* | 21-51521 |
|--------|---------------------|--------------------------|----------|
|        | Name                |                          |          |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---------------------------|------------------|---------------------------|------------------------------------|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____ Street _____ _____ City            State      ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name _____ deeproot Funds, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 21-51521 _____      Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................................      $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................      $3,697,570.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................      $3,697,570.70

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................      $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................      $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................      **+**      $188,983.56

4. **Total liabilities**.....................................................................................................................................      $188,983.56
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _____deeproot Funds, LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____21-51521_____

☐ Check if this is an amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/13/2022___          **X** /s/ Robert J. Mueller _____
         MM/  DD/  YYYY                Signature of individual signing on behalf of debtor

                                        Robert J. Mueller _____
                                        Printed name

                                        Manager _____
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _____ deeproot Funds, LLC _____

United States Bankruptcy Court for the:
_____ Western District of Texas _____

Case number (if known): _____ 21-51521 _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.    Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From 01/01/2021 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:**   From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:**   From 01/01/2019 to 12/31/2019<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. deeproot Tech LLC<br>Creditor's name<br>P.O. Box 691610<br>Street<br><br>_____<br>San Antonio, TX 78269<br>City   State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | 01/05/2021<br>01/05/2021<br>01/05/2021<br>01/05/2021<br>01/08/2021<br>01/19/2021<br>01/20/2021<br>02/02/2021<br>02/09/2021<br>02/18/2021<br>03/03/2021<br>03/05/2021<br>03/17/2021<br>03/19/2021<br>03/23/2021 | $2,335,305.93 | _____<br><br>_____<br><br>_____ |

Debtor 1 _____

First Name          Middle Name          Last Name

Case number *(if known)* 21-51521

03/26/2021

03/31/2021

04/06/2021

04/12/2021

04/12/2021

04/14/2021

05/12/2021

05/24/2021

05/25/2021

06/08/2021

06/11/2021

06/11/2021

06/14/2021

06/16/2021

06/22/2021

07/07/2021

07/22/2021

4.2.  deeproot Studios LLC
Creditor's name

P.O. Box 691610
Street


San Antonio, TX 78269
City          State          ZIP Code

**Relationship to debtor**

01/05/2021          $357,196.60

02/02/2021

02/17/2021

03/03/2021

03/17/2021

03/31/2021

06/08/2021

06/22/2021

07/07/2021

4.3.  Policy Services, Inc.
Creditor's name

P.O. Box 691610
Street


San Antonio, TX 78269
City          State          ZIP Code

**Relationship to debtor**

01/05/2021          $3,060,085.89

01/08/2021

01/08/2021

01/08/2021

01/12/2021

01/19/2021

01/20/2021

Debtor 1 _____     Case number *(if known)* 21-51521
             First Name        Middle Name        Last Name

02/02/2021

02/24/2021

03/02/2021

03/03/2021

03/04/2021

03/15/2021

03/17/2021

03/19/2021

03/19/2021

03/23/2021

03/26/2021

03/31/2021

04/02/2021

04/06/2021

04/06/2021

04/07/2021

04/13/2021

04/13/2021

04/20/2021

04/22/2021

04/26/2021

04/27/2021

05/06/2021

05/12/2021

05/24/2021

05/25/2021

05/27/2021

06/02/2021

06/08/2021

06/14/2021

06/14/2021

06/16/2021

06/17/2021

06/21/2021

Debtor 1 _____ _____ _____   Case number (if known) 21-51521
       First Name      Middle Name     Last Name

06/22/2021

07/07/2021

07/07/2021

07/22/2021

4.4. deeproot 575 Fund LLC _____   01/05/2021   $869,111.04   _____
    Creditor's name

P.O. Box 691610 _____   01/05/2021   _____
Street

_____   02/02/2021   _____

San Antonio, TX 78269   02/02/2021
City      State   ZIP Code

**Relationship to debtor**   02/24/2021

_____   02/24/2021

03/26/2021

03/26/2021

04/26/2021

04/26/2021

04/26/2021

05/27/2021

05/27/2021

06/25/2021

06/25/2021

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City  State  ZIP Code | _____ | _____ | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1 _____    Case number *(if known)* 21-51521

      First Name      Middle Name      Last Name

6.1. _____    _____    _____

    Creditor's name

                    XXXX– __ __ __ __

    _____

    Street

    _____

    _____

    City        State    ZIP Code

---

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | SEC v. Robert Mueller, et al. | _____ | U.S. District Court, Western District of Texas<br>Name | ☑ Pending |
| | | | | ☐ On appeal |
| | **Case number** | | 655 E Cesar E Chavez Blvd<br>Street | ☐ Concluded |
| | 5:21-cv-785 | | | |
| | | | San Antonio, TX 78206-1114<br>City     State   ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | **Case title** | **Court name and address** |
| | | | Name |
| | City  State  ZIP Code | **Case number** | Street |
| | | | |
| | | **Date of order or assignment** | City   State   ZIP Code |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Debtor 1 _____

First Name    Middle Name    Last Name

Case number *(if known)* 21-51521

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

Street

City          State    ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | Wick Phillips Gould & Martin, LLP | Legal Counsel for Bankruptcy Options/Advice | 08/19/2021 | $4,545.45 |

**Address**

3131 McKinney Ave. Suite 500
Street

Dallas, TX 75204
City          State    ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

Davis & Santos PLLC IOLTA account

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Wick Phillips Gould & Martin, LLP | Bankruptcy Counsel | 12/09/2021 | $5,454.54 |

**Address**

3131 McKinney Ave. Suite 500
Street

Dallas, TX 75204
City      State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

deeproot Funds, LLC & deeproot Tech, LLC

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | See Exhibit labeled Part 6, No. 13 | | | (Unknown) |

**Address**

Street

City      State      ZIP Code

**Relationship to debtor**

---

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| City          State    ZIP Code | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City          State    ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. SS#, DOB, and DL# _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Wells Fargo<br>Name<br>P. O. Box 6995<br>Street<br><br>Portland, OR 97228<br>City   State   ZIP Code | XXXX– 2 5 3 4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| <br>Name<br><br>Street<br><br>City   State   ZIP Code | <br><br>Address<br><br> | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|------------------------------|----------------------------|
| | | | | ❏ No |
| | Name | | | ❏ Yes |
| | Street | | | |
| | | **Address** | | |
| | City   State   ZIP Code | | | |

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|------------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City   State   ZIP Code | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ❏ Pending |
| **Case number** | Name | | ❏ On appeal |
| | Street | | ❏ Concluded |
| | City   State   ZIP Code | | |

---

Debtor 1 _____

First Name        Middle Name        Last Name

Case number *(if known)* 21-51521

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | City    State    ZIP Code | _____ | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. deeproot STFR Debenture Fund LLC<br>Name<br>P.O. Box 691610<br>Street<br><br>San Antonio, TX 78269<br>City    State    ZIP Code | _____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____ To _____ |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. deeproot 3 Year Bonus Income Fund, LLC<br>Name<br>12621 Silicon Dr<br>Street<br><br>San Antonio, TX 78249<br>City    State    ZIP Code | _____ | EIN: 4 7 – 0 9 6 7 7 3 1<br><br>**Dates business existed**<br><br>From _____ To _____ |

First Name      Middle Name      Last Name        Case number *(if known)* 21-51521

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.3.** deeproot 3 Year Bonus Reset Debenture Fund LLC
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City      State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.4.** deeproot BonusGrowth 5 Year Debenture Fund LLC
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City      State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.5.** deeproot 575 Fund LLC
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City      State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.6.** deeproot Queue Fund LLC
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City      State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.7.** Policy Services, Inc.
Name

P.O. Box 691610
Street

San Antonio, TX 78269
City      State    ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____ To _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.8. deeproot Growth Runs Deep Fund LLC<br>Name<br><br>P.O. Box 691610<br>Street<br><br>San Antonio, TX 78269<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Charlotte Acker<br>Name<br><br>2313 Brittany Grace<br>Street<br><br>New Braunfels, TX 78130<br>City      State      ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City      State      ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Mueller, Robert J.<br>Name<br><br>P.O. Box 690562<br>Street<br><br>San Antonio, TX 78269<br>City      State      ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Silicon Drive Office Venture, LLC | |
| Name | |
| | |
| Street | |
| | |
| City          State          ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. Trapp Technology | |
| Name | |
| 2600 N Central Ave | |
| Street | |
| | |
| Phoenix, AZ 85004 | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mueller, Robert J. | P.O. Box 690562 San Antonio, TX 78269 | Manager, | 100.00 % |

Debtor 1 _____  21-51521-mmp  Doc#26  Filed 01/13/22  Entered 01/13/22 18:53:03  Main Document  Pg 46 of 52

First Name  Middle Name  Last Name  Case number *(if known)* 21-51521

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ <br> Name _____ <br> Street _____ <br> City _____ State _____ ZIP Code | _____ | _____ | _____ |

| Relationship to debtor |
|------------------------|
| _____ |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| Policy Services, Inc. | EIN: 9 0 – 0 8 5 2 6 8 4 |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____01/13/2022_____
  MM/  DD/  YYYY

Debtor 1 _____  Case number *(if known)* 21-51521

      First Name       Middle Name      Last Name

**X** /s/ Robert J. Mueller _____

Signature of individual signing on behalf of the debtor

Printed name         Robert J. Mueller

Position or relationship to debtor      Manager

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

deeproot Funds, LLC
Case No. 21-51521

**SOFA Part 6, No. 13 Exhibit**

Cumulative Monthly Dividends from 12/9/2019 to 12/8/2021 made to investors by deeproot Funds, LLC for the deeproot 575 Fund

| Name | Amount |
| --- | --- |
| Timothy Dawalt | $ 2,065.74 |
| Margaret Boyd-Hadley | $ 2,326.16 |
| Michael Levitt | $ 2,559.42 |
| Michael Spotofora | $ 2,916.69 |
| Laura Marsh | $ 3,541.61 |
| Sara Meyers | $ 3,541.61 |
| Curtis Phillips | $ 3,623.04 |
| Judy Marsolan | $ 4,000.00 |
| Kenneth Martin | $ 4,450.00 |
| John Laughlin | $ 4,874.94 |
| Toni Hanks | $ 5,140.85 |
| Cox Trust | $ 5,166.72 |
| Ronald Mendola | $ 5,375.80 |
| Brenda Jennings | $ 5,625.00 |
| John Jellison | $ 5,999.94 |
| Charles Rossman | $ 7,083.39 |
| Dorrit Preuss | $ 7,083.39 |
| Iva Das | $ 7,083.39 |
| Eden Johnson | $ 7,127.28 |
| Carl Clayton | $ 7,134.48 |
| Michelle Clark | $ 7,172.13 |
| Ali Afjei | $ 7,222.79 |

| | |
|---|---|
| Arundhati Guha | $   7,500.06 |
| Eugene Bohenski | $   7,500.06 |
| M. Ramsey | $   7,500.06 |
| Melanie Groseta | $   7,500.06 |
| Roberta Erdmann | $   7,500.06 |
| Salvador Lopez | $   7,500.06 |
| Bella Vivante | $   7,536.60 |
| Joanne Borner | $   8,044.29 |
| Allison Spangler | $   8,280.47 |
| Mark Manfre | $   8,333.34 |
| Trevor Sherman | $   8,333.34 |
| Lawrence Butler | $   8,533.28 |
| Marsha Smith | $   8,674.56 |
| Elaine Macroglou | $   8,708.27 |
| Elizebeth Howard | $   8,749.95 |
| Glen Biddle | $   9,026.57 |
| Hubert Odom | $   9,140.90 |
| Mary Williams | $   9,374.94 |
| Theresa Dannhaus | $   9,456.36 |
| Janet Kalilikane | $   9,666.72 |
| Andrew Cherones | $   9,975.06 |
| Edward Williams | $ 10,163.60 |
| Rickie Brinegar | $ 10,271.88 |
| John Perchalski | $ 10,414.71 |
| Karnetta Morris | $ 10,625.00 |
| Constance Grigg-Koning | $ 10,900.64 |
| Alan Garland | $ 11,133.54 |
| Yolanda Hoirup | $ 11,229.01 |

| | |
|---|---|
| Sandra Thompson | $ 11,231.28 |
| Leonard Jackson | $ 11,250.06 |
| Judith Delph | $ 11,641.68 |
| Charles McClain | $ 12,143.88 |
| Gary Heyer | $ 12,422.16 |
| Wilson Adkins | $ 12,500.01 |
| Mary Dennis | $ 12,552.84 |
| Larry Trice | $ 13,129.95 |
| Hugh Pipkin | $ 13,500.00 |
| Libby Brinegar | $ 13,834.08 |
| Robert Kane | $ 14,166.61 |
| John Cochran | $ 14,775.89 |
| Steven Harper | $ 14,999.94 |
| Steven Steinberg | $ 14,999.94 |
| Vickie Socias | $ 14,999.94 |
| Richard Jennings | $ 15,000.12 |
| Lori Fraesdorf | $ 15,451.47 |
| Judith Werner Rev Tr | $ 15,666.72 |
| Rosa Gibson | $ 16,050.06 |
| M. Brown | $ 16,115.94 |
| Sandra Newman | $ 16,461.12 |
| Donna Linhart | $ 16,500.06 |
| Ann Counts | $ 16,972.29 |
| Cathy Rice | $ 17,024.94 |
| Thomas Ashcraft | $ 18,000.00 |
| Ellen Matoba | $ 18,777.76 |
| John Cooper | $ 19,756.50 |
| Denise Perez | $ 19,833.39 |

| | |
|---|---|
| Tamra Marco | $ 19,833.39 |
| Joycelyn Williams | $ 20,134.98 |
| Donald Buchholz | $ 20,231.28 |
| Clyde Watson | $ 21,000.06 |
| David Wach | $ 21,000.06 |
| Mayme Carter | $ 21,000.06 |
| Bibek Das | $ 21,203.42 |
| Patricia Hollins | $ 21,856.90 |
| Dennis Newport | $ 22,100.22 |
| Charles McBee | $ 22,500.00 |
| Timothy Allison | $ 22,575.06 |
| James Donnelly | $ 23,228.21 |
| Teresa Tunstall | $ 23,915.22 |
| Gloria Meza | $ 23,999.94 |
| Marianne Smith | $ 24,416.67 |
| Susan Willis | $ 24,791.61 |
| Joan See | $ 26,249.94 |
| Carolyn Biddle | $ 27,022.86 |
| Mary Marquis | $ 30,000.06 |
| Pauline Rubin | $ 32,011.33 |
| Mark Benko | $ 32,500.00 |
| Matthew MacVane | $ 32,916.66 |
| Karen Ready | $ 35,416.61 |
| Wells Trust | $ 35,479.34 |
| Jack Daniel | $ 35,875.00 |
| Twyla Gray | $ 43,244.82 |
| Raymond Borner | $ 45,091.32 |
| John Gray | $ 45,477.00 |

| | |
|---|---|
| Katherine Thompson | $ 50,608.09 |
| Donald Tilly | $ 53,968.88 |
| Christian Lopez | $ 57,050.47 |
| Jill Winn | $ 60,651.60[1] |
| Michael Thomas | $ 63,750.06 |
| Linda Richmond | $ 69,749.91 |
| Lawson Horner | $ 89,250.00 |
| Dennis Zarr | $ 92,552.59 |

Maturity Payments to investors by deeproot Funds, LLC for the deeproot 575 Fund

| Name | Amount |
|---|---|
| Clyde Watson | $161,950.00 |
| Clyde Watson | $185,001.38 |
| Robert Spraker | $87,969.26 |
| Jack Daniel | $74,787.50 |
| Teresa Tunstall | $100,200.00 |
| Kenneth Martin | $60,500.00 |

Maturity Payments to investors by deeproot Funds, LLC for the deeproot BonusGrowth 5 Year Debenture Fund

| Name | Amount |
|---|---|
| The Clayton Family Trust | $100,000.00 |
| Candice Gillen | $287,574.81 |
| Larry R Blume Family Trust | $140,000.00 |
| Bibek Das | $73,633.97 |
| James O'Neal | $77,315.67 |
| Gary Marburger | $235,628.69 |
| Alice Snell | $96,431.37 |
| Candice Gillen | $131,990.96 |
| Jill Winn | $805,552.25 |
| Jill Winn | $269,699.83 |
| Mary Medlang | $515,603.75 |

---

[1] Cumulative dividends made by deeproot Funds, LLC for the deeproot BonusGrowth 5 Year Debenture Fund.